# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

FILED MAY - 6 2010

Filer's Name: Mireya Gallo
Atty Name (if applicable): David Toyoshi

Street Address: 15762 Larkspur St
CA Bar No. (if applicable): 155885

Sylmar CA 91342
Atty Fax No. (if applicable): (323)726-1305

Filer's Telephone No.: (818)824-1497

In re:

Mireya Gallo

Case No.: 1:10-BK-11177-KT

Chapter 7 ✓  11 ___  13 ___

Trustee: Zamora

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?    Yes ✓    No ___

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

A ✓  B ___  C ___  D ✓  E ___  F ___  G ___  H ___  I ___  J ___

Statement of Social Security Number(s) ___    Statement of Financial Affairs ___

Statement of Intention ___    Other ___

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We, Mireya Gallo, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: 5-2-10

*Mireya Gallo* (signature)
Debtor Signature

N/A
Co-Debtor Signature

**FOR COURT USE ONLY**

*SEE REVERSE SIDE**

B-1008 Revised November 2003

## PROOF OF SERVICE

I hereby certify that a copy of the Amendment(s) was(were) mailed to the Trustee and that notice was given to the additional creditors listed.

DATED: 5/2/10

David Tuvajski
Print or Type Name

_____
Signature

(SEE ATTACHED MAILING LIST.)

B6A (Official Form 6A) (12/07)

In re  Mireya Gallo                                ,          Case No. 1:10-bk-11177-kt
         **Debtor**                                                           (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Vacant lot located at 22436 Lassen st Los Angeles CA 91311 | FEE SIMPLE | - | 500,000.00 | 1,466,175.00 |
| 7639 Alcove Ave North Hollywood CA 91605 | FEE SIMPLE | - | 275,000.00 | 606,376.00 |
| 15553 Septo St Mission Hills CA 91345 | FEE SIMPLE | - | 250,000.00 | 454,533.42 |
| 8012 Rhodes Ave North Hollywood CA 91605 | FEE SIMPLE | - | 275,000.00 | 499,963.65 |
| 14141 polk st #21 Sylmar CA 91342 | Fee Simple | - | 95,000 | 264,000 |

Total▶
(Report also on Summary of Schedules.)

B 6D (Official Form 6D) (12/07)

In re  MIREYA GALLO  ,  Case No.  1:10-BK-11177-KT
       Debtor                                (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0090<br>nissan motor acceptance<br>7900 ridgepoint drive irving TX 75063 | - | - | dec, 2007<br>3- year auto lease<br>2007 nissan altima<br>VALUE $ 12,000.00 | - | - | - | 11,000.00 | 0.00 |
| ACCOUNT NO. 6231-ed<br>WAMU/CHASE BANK<br>7255 BAYMEADOWS WAY<br>JACKSONVILLE, FL 32256 | - | - | april 2007<br>First Mortgage<br>vacant lot 22436 lassen chatsworth<br>VALUE $ 500,000.00 | - | - | - | 1,466,175.00 | 966,175.00 |
| ACCOUNT NO. 1122<br>wamu<br>PO BOX 17471<br>LOS ANGELES CA 90017 | - | - | 2008<br>HELOC<br>14818 HUSTON ST SHERMAN<br>VALUE $ 175,000.00 | - | - | - | 250,000.00 | 250,000.00 |

2  continuation sheets attached

Subtotal ▶ (Total of this page)   $ 1,727,175.00   $ 1,216,175.00

Total ▶ (Use only on last page)   $ 1,727,175.00   $ 1,216,175.00

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

2

B 6D (Official Form 6D) (12/07) – Cont.

In re  MIREYA GALLO                              ,          Case No.   1:10-BK-11177-KT
           Debtor                                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Quality Loan service corp.<br>2141 5th ave San Diego CA 92101 | - | - | 11-1-2006 1stTD TS# ca09275877tc 7639 Alcove Ave North Hollywood ca<br>VALUE $ 275,000.00 | - | - | - | 606,376.00 | 331,000.00 |
| ACCOUNT NO. 10087050<br>THE WOLF FIRM<br>38 corporate park<br>Irvine CA 92606 | - | - | 5/11/2007<br>1st trust deed<br>15553 septo st<br>mission hills CA<br>VALUE $ 250,000.00 | - | - | - | 454,533.00 | 204,533.00 |
| ACCOUNT NO. 70484142<br>Law off. of Lez Ziev<br>18377 Beach Bl#210<br>huntington bch CA 92 | - | - | 3/29/2007 1st TD<br>8012 rhodes ave<br>north hollywood CA<br>VALUE $ 275,000.00 | - | - | - | 499,963.00 | 224,963.00 |
| ACCOUNT NO. 02935959<br>One west bank<br>6900 beatrice dr<br>kalamazoo MI 49009 | - | - | 6/12/2007 1st TD<br>14141 polk st #21<br>los angeles CA 91342<br>VALUE $ 95,000.00 | - | - | - | 264,000.00 | 169,000.00 |
| ACCOUNT NO. | | | VALUE $ | | | | | |

Sheet no. 2 of 2 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal(s) ▶
(Total(s) of this page)      $ 1,824,872.00      $ 760,496.00

Total(s) ▶
(Use only on last page)      $ 3,552,047.00      $ 1,976,671.00

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)